IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

        Plaintiff,

v.

LAN JIN,

        Defendant.

No. C-10-00385 SI-2 (EDL)

**REPORT AND RECOMMENDATION RE: MOTION TO WITHDRAW**

On December 8, 2010, Judge Illston referred Defendant's counsel's ex parte motion to withdraw as counsel to this Court for a Report and Recommendation. Under the Criminal Local Rules, an attorney who wishes to withdraw must file a motion showing good cause for allowing the withdrawal, and give notice to all parties and to Defendant. Crim. L.R. 44-2(b). Although the motion was filed under seal, Defendant's counsel provided informal notice of the motion to all parties including his client, Defendant Jin. Counsel also gave a complete copy of his ex parte declaration in support of the motion to Defendant Jin.

On January 11, 2011, the Court held a hearing on counsel's ex parte motion at which Defendant Jin was present. At the hearing, the Court discussed the reasons for counsel's motion with Defendant Jin and her counsel, and Defendant did not state an objection. For the reasons stated at the hearing and in Defendant's counsel's declaration, good cause has been shown so the Court recommends granting counsel's motion to withdraw.

Any party may serve and file specific written objections to this recommendation within fourteen (14) days after being served with a copy. <u>See</u> 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time may waive the right to appeal the District Court's order.

Dated: January 11, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge