IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-385 SI |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO WITHDRAW** |
| v. | |
| LAN JIN, | |
| Defendant. / | |

On January 11, 2011, Magistrate Judge LaPorte issued a Report and Recommendation re: Motion to Withdraw, recommending that the Court grant defense counsel's motion to withdraw. No party has filed an objection to the Report and Recommendation. The Court has reviewed defense counsel's motion to withdraw and the Report and Recommendation, and finds that there is good cause to grant the motion. Accordingly, the Court ADOPTS the Report and Recommendation and GRANTS the motion to withdraw. (Docket No. 75).

**IT IS SO ORDERED.**

Dated: February 7, 2011

SUSAN ILLSTON
United States District Judge